40 So.3d 878 (2010)
Marta COMAS, Appellant,
v.
DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION, REAL ESTATE COMMISSION, Appellee.
No. 3D09-1757.
District Court of Appeal of Florida, Third District.
July 21, 2010.
*879 O. Frank Valladares and Ana-Maria Carnesoltas, St. Petersburg, for appellant.
Garnett W. Chisenhall, Tallahassee, Chief Appellate Counsel, for appellee.
Before RAMIREZ, C.J., and GERSTEN, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Fla. Real Estate Comm'n v. Webb, 367 So.2d 201 (Fla.1979); § 475.25(1), Fla. Stat. (1999-2008).